UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Ronald Haynes

Case No.: 17-17638
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __July 17, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
335 Strotz Road
Asbury, New Jersey
Valued at $363,000.00

Liens on property:
Roundpoint Mortgage, $329,238.00,
costs of sale estimated at 10% or $36,000.00

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                               Case No. 17-17638-MBK
Ronald J. Haynes                                                     Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                 Page 1 of 1          Date Rcvd: Jun 20, 2017
                             Form ID: pdf905             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db             Ronald J. Haynes,    335 Strotz Rd,    Asbury, NJ 08802-1361
cr            +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516827299      Betsy D. Zorrilla,    335 Strotz Rd,    Asbury, NJ 08802-1361
516768920      Chase Card Services,    PO Box 1423,    Charlotte, NC 28201-1423
516768921      Citicard,    PO Box 9001037,    Louisville, KY 40290-1037
516768922      Citicard,    PO Box 9001016,    Louisville, KY 40290-1016
516768925      PNC Bank,    PO Box 856117,    Louisville, KY 40285-6117
516768926      Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
516815286    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
516768927      U.S. Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2017 22:29:31      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516768923      E-mail/Text: mrdiscen@discover.com Jun 20 2017 22:28:39      Discover,    PO Box 71084,
                Charlotte, NC 28272-1084
516815285      E-mail/Text: cio.bncmail@irs.gov Jun 20 2017 22:29:00      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516768924      E-mail/Text: ext_ebn_inbox@navyfederal.org Jun 20 2017 22:30:44      Navy Federal Credit Union,
                PO Box 3500,    Merrifield, VA 22119-3500
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Herbert K. Ryder    on behalf of Debtor Ronald J. Haynes hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```